UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LIONEL WILLIAMS

CIVIL ACTION

VERSUS

16-593-SDD-RLB

TRAVELERS INSURANCE COMPANY,
ET AL.

## RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated November 4, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's *Motion to Remand*[3] is DENIED.

Baton Rouge, Louisiana the 7 day of December, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-3.
[2] Rec. Doc. 13.
[3] Rec. Doc. 5.